B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of Texas

In re Serena Lee, Kristen Lee, Case No. 18-36022

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Government National Mortgage Association | Cornerstone Lending, Inc. |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
BSI Financial Services
1425 Greenway Drive, #400
Iriving, TX 75038

Phone:
Last Four Digits of Acct #: 8203

Court Claim # (if known): 13-1
Amount of Claim: 262273.83
Date Claim Filed: 01/03/2019

Phone:
Last Four Digits of Acct. #: 8203

Name and Address where transferee payments should be sent (if different from above):
BSI Financial Services, Attn: Payment Processing Department
314 S. Franklin Street, 2nd Floor
Titusville, PA 16354
Phone:
Last Four Digits of Acct #: 8203

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ D. Anthony Sottile         Date: 04/08/2020
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.